UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON FRANK PINKARD, | ) | Case No.  2:20-CV-01655-JDP |
| | ) | |
| Plaintiff | ) | STIPULATION AND |
| | ) | ORDER FOR EXTENSION OF TIME |
| v. | ) | TO FILE PLAINTIFF'S MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | ECF No. 14 |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to May 7, 2021, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has several other filings due simultaneously.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

**Pinkard v. Saul**               **Stipulation and Proposed Order**       **E.D. Cal. 2:20-cv-01655-JDP**

Respectfully submitted,


Date: March 30, 2021                    JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  March 30, 2021                   MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Ellinor R. Coder*
                                        ELLINOR R. CODER
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant

---

**Pinkard v. Saul**          Stipulation and Proposed Order     E.D. Cal. 2:20-cv-01655-JDP

**ORDER**

The parties' stipulation is construed as a motion, granted, and so ordered. ECF No. 14. Plaintiff will have until May 7, 2021, to file his opening brief.

IT IS SO ORDERED.

Dated:   April 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE