UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON FRANK PINKARD,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 2:20-CV-01655-JDP (SS)<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>ECF No. 16 |

The parties' stipulation is construed as a motion and granted for good cause shown. ECF No. 16. Plaintiff will have until May 14, 2021 to file his opening brief.

IT IS SO ORDERED.


Dated:   May 14, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1