UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON FRANK PINKARD,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-01655-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>ECF No. 19 |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 16, 2021, up to and including July 16, 2021. This is the parties' third request for an extension, as the parties' stipulated and the Court ordered two extensions for Plaintiff's Motion for Summary Judgment (Dkt. 1417). Defendant has reviewed Plaintiff's motion and the record, and requests additional time to consider the issues.

There is good cause for this request because counsel for Defendant is one of 27 attorneys in the Region IX Office of the General Counsel who handles civil litigation involving the Social Security program in eight assigned jurisdictions in five states or territories. In the month of June 2021, the Region IX Office has 182 district court briefs due in these jurisdictions, as well as nine appellate cases pending for briefing. Since Plaintiff filed his brief on May 16, 2021 (Dkt. 18),

the undersigned has filed nine merits briefs or stipulations for voluntary remand in district court cases, and has reviewed six additional cases for possible settlement. Region IX OGC management designates district court cases as 40% of the undersigned's workload, and an ordinary volume of district court merits briefs to meet that percentage would be three to four per month. As such, the current volume of merits brief deadlines is two to three times what is normal, and it is not possible to shift case assignments to other counsel because they face similar volumes. The remaining 60% of time is filled by other work assignments. Since Plaintiff filed his brief in this case, the undersigned has prepared one appellate brief which went through two levels of review at the Region IX Office and the U.S. Attorney's Office, reviewed one merits brief as counsel of record in a case assigned to a recently hired attorney, and has ongoing meetings and tasking associated with various fraud matters.

In short, the undersigned has been diligently working through an unusual volume of litigation, and requests additional time to give this case due consideration.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 15, 2021 /s/ *Jacqueline A. Forslund\**
(*as authorized via e-mail on June 15, 2021)
JACQUELINE A. FORSLUND
Attorney for Plaintiff

DATED: June 15, 2021 PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

The parties' stipulation, ECF No. 19, is construed as a motion. For good cause shown, the motion is granted. Defendant shall have an extension, up to and including July 16, 2021, to respond to plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:     June 21, 2021    

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE