1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON FRANK PINKARD,<br>　　　Plaintiff,<br>　　　v.<br>KILOLO KIJAKAZI [1],<br>Acting Commissioner of Social Security,<br>　　　Defendant. | CIVIL NO. 2:20-cv-01655-JDP<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be reversed and remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

1
2   Dated:  July 15, 2021 /s/  *Jacqueline A. Forslund**
   JACQUELINE A. FORSLUND
3   Attorney for Plaintiff
   *Authorized via e-mail on July 12, 2021
4

5   PHILLIP A. TALBERT
   Acting United States Attorney
6   DEBORAH LEE STACHEL
7   Regional Chief Counsel, Region IX
   Social Security Administration
8
   By: /s/ *Ellinor R. Coder*
9   ELLINOR R. CODER
10   Special Assistant United States Attorney

11   Attorneys for Defendant

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, ECF No. 21, and for cause shown, it is ordered that the above-captioned action is reversed and remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   August 19, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE